**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6030**

———————————

HAROLD O. HILL, SR.,

Plaintiff - Appellant,

versus

SHERWOOD R. MCCABE; S. L. MELVIN; JOHN V.
WELLONS; JAMES B. FRENCH; JAMES SMITH, Doctor,

Defendants - Appellees.

———————————

**No. 96-6075**

———————————

HAROLD ORLANDO HILL, SR.,

Plaintiff - Appellant,

versus

EARL BUTLER; DAN FORD; ED GRANNIS; CUMBERLAND
COUNTY COMMISSIONERS; JOHN DOE,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge; Malcolm J. Howard, District Judge. (CA-95-849-F, CA-95-955-5-CT-H)

———————————

Submitted: May 14, 1996                    Decided: May 24, 1996

———————————

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Harold O. Hill, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders dismissing two 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions regarding these claims and find no reversible error. Accordingly, we affirm the dismissals on the reasoning of the district court. Hill v. McCabe, No. CA-95-849-F (E.D.N.C. Dec. 13, 1995); Hill v. Butler, No. CA-95-955-5-CT-H (E.D.N.C. Jan. 5, 1996). We modify the orders to reflect that the dismissals are without prejudice. 28 U.S.C. § 2106 (1988). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED

3